**HELTON LAW GROUP**
A PROFESSIONAL CORPORATION
CARRIE McLAIN (State Bar No. 181674)
cmclain@heltonlawgroup.com
KIM WOROBEC (State Bar No. 220035)
kworobec@heltonlawgroup.com
SARA A. POPOVICH (State Bar No. 306700)
spopovich@heltonlawgroup.com
ATTORNEYS AT LAW
7711 Center Ave., Suite 350
Huntington Beach, CA  92647
TELEPHONE: (562) 901-4499
FACSIMILE:  (562) 901-4488

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DOCTORS MEDICAL CENTER OF MODESTO, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>GARDNER TRUCKING, INC., a California Corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No:  1:16-CV-01674 DAD-SAB<br><br>**STIPULATION AND ORDER RE: CONTINUANCE OF SCHEDULING CONFERENCE AND DEADLINE TO FILE JOINT SCHEDULING REPORT** |

TO THE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, DOCTORS MEDICAL CENTER OF MODESTO, INC., and Defendant GARDNER TRUCKING, INC. as follows:

///

///

## RECITALS

1. WHEREAS, on September 20, 2016, Plaintiff filed its Complaint in the above-referenced matter in Stanislaus County Superior Court;

2. WHEREAS, on November 3, 2016, Defendant filed a Notice of Removal with the United States District Court, Eastern District of California;

3. WHEREAS, on November 4, 2016, the Court issued an Order Setting Mandatory Scheduling Conference for January 10, 2017, which requires a Joint Scheduling Report to be filed one (1) week prior to the Scheduling Conference;

4. WHEREAS, on December 16, 2016, the parties held the F.R.C.P. 26(f) conference and, at such meeting, Plaintiff expressed its intent to file a Motion to Remand;

5. WHEREAS, the parties believe the Scheduling Conference and deadline for submission of the Fed. R. Civ. P. 26(f) Joint Report should be continued pending the outcome of the Plaintiff's Motion to Remand;

6. WHEREAS, on December 20, 2016, Plaintiff's lead trial counsel Kim Worobec learned of the recent death of an immediate family member and, the circumstances have impacted the parties' ability to prepare the Fed. R. Civ. P. 26(f) Joint Report;

7. WHEREAS, by Minute Order entered December 21, 2016, the Magistrate Judge Stanley A. Boone continued the Scheduling Conference from January 10, 2017 to January 12, 2017 at 9:30 a.m., and required a Joint Scheduling Report to be filed one (1) week prior to the Scheduling Conference;

8. WHEREAS, Plaintiff plans to file its Motion to Remand for hearing on February 7, 2017.

## STIPULATION

NOW THEREFORE, in light of said Recitals, it is hereby stipulated by and between Doctors Medical Center of Modesto, Inc. and Gardner Trucking, Inc. that:

1. The Scheduling Conference is continued from January 12, 2017 to March 3, 2017 at 9:30 a.m. in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone;

2. A Joint Scheduling Report is due one week before the new conference date.

DATED: January 3, 2017      HELTON LAW GROUP, APC

By:   /s/ Kim Worobec
CARRIE McLAIN
KIM WOROBEC
SARA A. POPOVICH
Attorneys for Plaintiff
DOCTORS HOSPITAL OF MANTECA, INC.

DATED: January 3, 2017      LEWIS BRISBOIS BISGAARD & SMITH LLP

By:   /s/ Timothy J. Nally
      as authorized on 1/3/17
GREG L. JOHNSON
TIMOTHY J. NALLY
Attorneys for Defendant
GARDNER TRUCKING, INC.

**ORDER**

Pursuant to the Stipulation of the Parties and for good cause appearing, the Court hereby orders:

1. The Scheduling Conference is continued from January 12, 2017 to March 3, 2017 at 9:30 a.m. in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone;

2. A Joint Scheduling Report is due one week before the new conference date.

IT IS SO ORDERED.

Dated:   **January 4, 2017**

UNITED STATES MAGISTRATE JUDGE